

- **Westchester**
  445 Hamilton Avenue
  Suite 1500
  White Plains, NY 10601
  Phone 914.946.4777

- **Long Island**
  534 Broadhollow Road
  Suite 460
  Melville, NY 11747
  Phone 631.776.5910

- **Mid-Hudson**
  200 Westage Business Center
  Suite 120
  Fishkill, NY 12524
  Phone 845.896.0120

- **New York City**
  60 East 42nd Street
  Suite 810
  New York, NY 10165
  Phone 646.794.5747

November 7, 2025

<u>**VIA ECF**</u>

Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>*Garrett v. City of Peekskill, et al.*
Case No. 25 Civ. 5404 (PMH)</u>

> Application denied.
>
> The Clerk of Court is respectfully directed to terminate the application pending at Doc. 25.
>
> SO ORDERED.
>
> 
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 7, 2025

Dear Judge Halpern:

We write on behalf of counsel for all parties in the above-referenced action to respectfully request a stay of motion practice due to the anticipated mediation.

On October 1, 2025, the Court granted Defendants leave to move to dismiss the Complaint filed by Plaintiff and set the following briefing schedule: motion to dismiss to be served by October 29, 2025; opposition to be served by November 24, 2025; reply to be served by December 8, 2025; and all papers to be filed on December 8, 2025. Pursuant to this briefing schedule, Defendants served their motion to dismiss upon Plaintiff on October 29, 2025.

Additionally, during the October 1, 2025 conference, the Court directed the parties to meet and confer regarding settlement and directed counsel for Defendant City of Peekskill to file a letter advising the Court whether the parties request a referral to the Court's ADR program or a magistrate judge for settlement purposes. The undersigned counsel submitted that letter and, on October 15, 2025, the Court referred this case for mediation to the Court-annexed Mediation Program. The Court's mediation Order also directed that the mediation would have no effect upon any scheduling Order issued by the Court without leave from the Court.

Pursuant to the Court's October 15, 2025 Order, the parties are jointly requesting leave to stay the briefing schedule issued by the Court on October 1, 2025, pending the anticipated mediation. The parties have an assigned mediator and are in the process of scheduling a mediation date. The parties are hopefully that they can amicably resolve this action and wish to complete the mandatory mediation before proceeding with serving further papers in connection with Defendants' motion to



Hon. Philip M. Halpern, U.S.D.J.
November 7, 2025
Page 2

dismiss. A voluntary resolution through mediation will result in cost-savings to our clients, as well as savings of judicial resources. No prior request has been made for a stay of the briefing schedule. Counsel for all parties respectfully assert there is good cause for a stay at this juncture.

The parties thank Your Honor for your time and consideration with this request.

Very truly yours,

/s/ Richard K. Zuckerman

Richard K. Zuckerman

RKZ/jgg

cc:   H. Joseph Cronen, Esq. (via ECF)
      John Flannery, Esq. (via ECF)