UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MALAKA GARRETT,

                         Plaintiff,

v.

CITY OF PEEKSKILL and
CARLOS CASTILLO,

                         Defendants.
----------------------------------------------------------X

**ORDER**

25-CV-05404 (PMH)

PHILIP M. HALPERN, United States District Judge:

On November 24, 2025, Plaintiff, without the Court's leave or Defendants' written consent, filed an amended complaint (Doc. 28) in violation of Rule 15 of the Federal Rules of Civil Procedure, the Local Civil Rules, and this Court's Individual Practices. To the extent Plaintiff seeks the Court's leave to file an amended complaint, that application is denied without prejudice.

Because Plaintiff filed an amended complaint without prior approval of the Court or Defendants' written consent, the Court respectfully directs the Clerk of Court to strike Doc. 28 from the docket but retain the summary docket text for the record.

SO-ORDERED.

Dated: White Plains, New York
      November 25, 2025

_____
Philip M. Halpern
United States District Judge